# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | Case No. 13-10639 |
| | § | |
| JIMMIE JOSEPH GALTIER, SR. | § | |
| LYNN Z GALTIER | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/10/2013. The undersigned trustee was appointed on 05/10/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $1,629.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $70.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $1,559.00 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/21/2013 and the deadline for filing government claims was 01/18/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $407.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $407.25, for a total compensation of $407.25[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $229.34, for total expenses of $229.34.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2014					By:	/s/ Samera L. Abide
								Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit A

| Case No.: | 13-10639 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | GALTIER, Sr., JIMMIE JOSEPH AND GALTIER, LYNN Z | | Date Filed (f) or Converted (c): | 05/10/2013 (f) |
| For the Period Ending: | 5/26/2014 | | §341(a) Meeting Date: | 06/11/2013 |
| | | | Claims Bar Date: | 10/21/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Whitney Bank-Checking | $11.36 | $40.48 | | $40.48 | FA |
| 2  Whitney Bank-Savings | $0.35 | $6.52 | | $6.52 | FA |
| 3  Landlord Deposit | $1,300.00 | $1,300.00 | | $1,300.00 | FA |
| 4  Exempt HHGS | $1,850.00 | $0.00 | | $0.00 | FA |
| 5  2 TV | $225.00 | $225.00 | | $225.00 | FA |
| 6  Clothing | $100.00 | $0.00 | | $0.00 | FA |
| 7  Watch | $2.00 | $2.00 | | $2.00 | FA |
| 8  2 Wedding Rings | $100.00 | $0.00 | | $0.00 | FA |
| 9  Costume Jewelry | $5.00 | $5.00 | | $5.00 | FA |
| 10  Firearm: BB gun | $50.00 | $50.00 | | $50.00 | FA |
| 11  22 Smith and Wesson Target Pistol | $50.00 | $0.00 | | $0.00 | FA |
| 12  2011 GMC Sierra Truck | $18,235.00 | $0.00 | | $0.00 | FA |
| 13  2006 Saturn Vue | $5,411.00 | $0.00 | | $0.00 | FA |
| 14  2010 Bass Tracker | $6,140.00 | $0.00 | | $0.00 | FA |
| 15  2006 Rockwood Signature Camper | $13,105.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$46,584.71            $1,629.00                    $1,629.00            $0.00

Initial Projected Date Of Final Report (TFR):  12/31/2015     Current Projected Date Of Final Report (TFR):  12/31/2015     /s/ SAMERA L. ABIDE
                                                                                                                                                                            SAMERA L. ABIDE

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-10639 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | GALTIER, Sr., JIMMIE JOSEPH AND GALTIER, LYNN Z | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8517 | | Checking Acct #: | ******4472 |
| Co-Debtor Taxpayer ID #: | **-***8518 | | Account Title: | |
| For Period Beginning: | 5/10/2013 | | Blanket bond (per case limit): | $31,229,046.00 |
| For Period Ending: | 5/26/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2013 | | DEBTORS | PARTIAL PAYMENT OF ESTATE ASSETS | * | $425.00 | | $425.00 |
| | {1} | | $40.48 | 1129-000 | | | $425.00 |
| | {2} | | $0.90 | 1129-000 | | | $425.00 |
| | {3} | | $383.62 | 1129-000 | | | $425.00 |
| 08/22/2013 | (3) | DEBTORS | PARTIAL PAYMENT OF ESTATE ASSETS | 1129-000 | $425.00 | | $850.00 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $840.00 |
| 09/05/2013 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($10.00) | $850.00 |
| 09/26/2013 | | DEBTORS | PARTIAL PAYMENT OF ESTATE ASSETS | * | $425.00 | | $1,275.00 |
| | {5} | | $225.00 | 1129-000 | | | $1,275.00 |
| | {7} | | $2.00 | 1129-000 | | | $1,275.00 |
| | {9} | | $5.00 | 1129-000 | | | $1,275.00 |
| | {10} | | $50.00 | 1129-000 | | | $1,275.00 |
| | {3} | | $143.00 | 1129-000 | | | $1,275.00 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,265.00 |
| 10/28/2013 | | DEBTORS | PARTIAL PAYMENT OF ESTATE ASSETS | * | $354.00 | | $1,619.00 |
| | {3} | | $348.38 | 1129-000 | | | $1,619.00 |
| | {2} | | $5.62 | 1129-000 | | | $1,619.00 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,609.00 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,599.00 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,589.00 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,579.00 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,569.00 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,559.00 |

**SUBTOTALS**  $1,629.00  $70.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-10639 | Trustee Name: | Samera L. Abide |
|---|---|---|---|
| Case Name: | GALTIER, Sr., JIMMIE JOSEPH AND GALTIER, LYNN Z | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8517 | Checking Acct #: | ******4472 |
| Co-Debtor Taxpayer ID #: | **-***8518 | Account Title: | |
| For Period Beginning: | 5/10/2013 | Blanket bond (per case limit): | $31,229,046.00 |
| For Period Ending: | 5/26/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,629.00 | $70.00 | $1,559.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,629.00 | $70.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,629.00 | $70.00 | |

**For the period of 5/10/2013 to 5/26/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,629.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,629.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $70.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/25/2013 to 5/26/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,629.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,629.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $70.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-10639 | Trustee Name: | Samera L. Abide |
|---|---|---|---|
| Case Name: | GALTIER, Sr., JIMMIE JOSEPH AND GALTIER, LYNN Z | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8517 | Checking Acct #: | ******4472 |
| Co-Debtor Taxpayer ID #: | **-***8518 | Account Title: | |
| For Period Beginning: | 5/10/2013 | Blanket bond (per case limit): | $31,229,046.00 |
| For Period Ending: | 5/26/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,629.00 | $70.00 | $1,559.00 |

**For the period of 5/10/2013 to 5/26/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,629.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,629.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $70.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/10/2013 to 5/26/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,629.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,629.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $70.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 13-10639 | | | | | | | | | | Trustee Name: | Samera L. Abide |
| Case Name: | GALTIER, Sr., JIMMIE JOSEPH AND GALTIER, LYNN Z | | | | | | | | | | Date: | 5/26/2014 |
| Claims Bar Date: | 10/21/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SAMERA L. ABIDE P.O. Box 3616 Baton Rouge LA 70821 | 02/11/2014 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $229.34 | $229.34 | $0.00 | $0.00 | $0.00 | $229.34 |
| | SAMERA L. ABIDE P.O. Box 3616 Baton Rouge LA 70821 | 05/26/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $407.25 | $407.25 | $0.00 | $0.00 | $0.00 | $407.25 |
| 1 | BMW FINANCIAL SERVICES NA, LLC P.O. Box 3608 Dublin OH 43016 | 06/27/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,953.00 | $7,952.99 | $7,952.99 | $0.00 | $0.00 | $0.00 | $7,952.99 |
| 2 | WHITNEY BANK f/k/a Hancock Bank P. O. Box 4019 Gulfport MS 39502 | 07/31/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $4,988.00 | $4,923.65 | $4,923.65 | $0.00 | $0.00 | $0.00 | $4,923.65 |
| 3 | WHITNEY BANK f/k/a Hancock Bank P. O. Box 4019 Gulfport MS 39502 | 07/31/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $4,800.00 | $4,748.80 | $4,748.80 | $0.00 | $0.00 | $0.00 | $4,748.80 |
| 4 | AMERICAN INFOSOURCE, LP as agent for TD Bank, USA P.O. Box 248866 Oklahoma City OK 73124-8866 | 08/12/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $150.00 | $197.19 | $197.19 | $0.00 | $0.00 | $0.00 | $197.19 |
| 5 | QUANTUM3 GROUP, LLC as agent for Comenity Bank P.O. Box 788 Kirkland WA 98083-0788 | 08/14/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $144.00 | $172.10 | $172.10 | $0.00 | $0.00 | $0.00 | $172.10 |
| 6 | RJM ACQUISITIONS, LLC 575 Underhill Blvd, Suite 224 Syosset NY 11791 | 08/15/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $17.42 | $17.42 | $0.00 | $0.00 | $0.00 | $17.42 |

# CLAIM ANALYSIS REPORT

| Case No.: | 13-10639 | | | | | | | Trustee Name: | Samera L. Abide |
| Case Name: | GALTIER, Sr., JIMMIE JOSEPH AND GALTIER, LYNN Z | | | | | | | Date: | 5/26/2014 |
| Claims Bar Date: | 10/21/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CAPITAL ONE, NA<br><br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355-0701 | 09/18/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,539.00 | $2,621.38 | $2,621.38 | $0.00 | $0.00 | $0.00 | $2,621.38 |
| 8 | LOUISIANA DEPT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 66658<br>Baton Rouge 70896-6658 | 10/07/2013 | Other Priority | Allowed | 5800-000 | $0.00 | $1,078.01 | $1,078.01 | $0.00 | $0.00 | $0.00 | $1,078.01 |
| 8a | LOUISIANA DEPT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 66658<br>Baton Rouge 70896-6658 | 10/07/2013 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $0.00 | $619.23 | $619.23 | $0.00 | $0.00 | $0.00 | $619.23 |
| 9 | ECAST SETTLEMENT CORPORATION<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 10/18/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $568.00 | $604.36 | $604.36 | $0.00 | $0.00 | $0.00 | $604.36 |
| 10 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas TX 75356 | 02/18/2014 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $13,591.29 | $13,591.29 | $0.00 | $0.00 | $0.00 | $13,591.29 |
| | | | | | | $37,163.01 | $37,163.01 | $0.00 | $0.00 | $0.00 | | $37,163.01 |

**CLAIM ANALYSIS REPORT**

Page No: 3

| | | | |
|---|---|---|---|
| **Case No.** | 13-10639 | **Trustee Name:** | Samera L. Abide |
| **Case Name:** | GALTIER, Sr., JIMMIE JOSEPH AND GALTIER, LYNN Z | **Date:** | 5/26/2014 |
| **Claims Bar Date:** | 10/21/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Fines, Penalties § 726(a)(4) | $619.23 | $619.23 | $0.00 | $0.00 | $0.00 | $619.23 |
| General Unsecured 726(a)(2) | $21,237.89 | $21,237.89 | $0.00 | $0.00 | $0.00 | $21,237.89 |
| Other Priority | $1,078.01 | $1,078.01 | $0.00 | $0.00 | $0.00 | $1,078.01 |
| Tardy General Unsecured § 726(a)(3) | $13,591.29 | $13,591.29 | $0.00 | $0.00 | $0.00 | $13,591.29 |
| Trustee Compensation | $407.25 | $407.25 | $0.00 | $0.00 | $0.00 | $407.25 |
| Trustee Expenses | $229.34 | $229.34 | $0.00 | $0.00 | $0.00 | $229.34 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 13-10639  
Case Name: JIMMIE JOSEPH GALTIER, SR.  
LYNN Z GALTIER  
Trustee Name: Samera L. Abide  

Balance on hand: $1,559.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00  
Remaining balance: $1,559.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Samera L. Abide, Trustee Fees | $407.25 | $0.00 | $407.25 |
| Samera L. Abide, Trustee Expenses | $229.34 | $0.00 | $229.34 |

Total to be paid for chapter 7 administrative expenses: $636.59  
Remaining balance: $922.41

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00  
Remaining balance: $922.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,078.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8 | LOUISIANA DEPT OF REVENUE | $1,078.01 | $0.00 | $922.41 |

**UST Form 101-7-TFR (5/1/2011)**

|                                           |          |
|-------------------------------------------|---------:|
| Total to be paid to priority claims:      | $922.41  |
| Remaining balance:                        | $0.00    |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $21,237.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | BMW FINANCIAL SERVICES NA, LLC | $7,952.99 | $0.00 | $0.00 |
| 2 | WHITNEY BANK | $4,923.65 | $0.00 | $0.00 |
| 3 | WHITNEY BANK | $4,748.80 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE, LP | $197.19 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | $172.10 | $0.00 | $0.00 |
| 6 | RJM ACQUISITIONS, LLC | $17.42 | $0.00 | $0.00 |
| 7 | CAPITAL ONE, NA | $2,621.38 | $0.00 | $0.00 |
| 9 | eCAST SETTLEMENT CORPORATION | $604.36 | $0.00 | $0.00 |

|                                                      |        |
|------------------------------------------------------|-------:|
| Total to be paid to timely general unsecured claims: | $0.00  |
| Remaining balance:                                   | $0.00  |

Tardily filed claims of general (unsecured) creditors totaling $13,591.29 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 10 | SANTANDER CONSUMER USA | $13,591.29 | $0.00 | $0.00 |

|                                                              |       |
|--------------------------------------------------------------|------:|
| Total to be paid to tardily filed general unsecured claims:  | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | Remaining balance: | $0.00 |
|---|---:|---:|

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $619.23 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 8a | LOUISIANA DEPT OF REVENUE | $619.23 | $0.00 | $0.00 |

| | Total to be paid for subordinated claims: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**